THE STATE EX REL. CITY OF ELYRIA, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE, ET AL.; WITHERELL, APPELLANT.

[Cite as *State ex rel. Elyria v. Indus. Comm.* (1998), 84 Ohio St.3d 247.]

(No. 98–457—Submitted October 12, 1998—Decided December 30, 1998.)

*John L. Goodman,* for appellee city of Elyria.

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

---

The judgment of the court of appeals is reversed, and the order of the Industrial Commission is reinstated.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

LUNDBERG STRATTON, J., dissenting. Because I would affirm the judgment of the court of appeals and return the case to the Industrial Commission for further consideration, I respectfully dissent.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.